Michael P. Kessler, Esq.
Arielle Kane, Esq.
Jeffrey Chubak, Esq.
Andrea G. Miller, Esq.
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Attorneys for Melissa R. Gluck*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MELISSA R. GLUCK,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 12-14740 (ALG) |
| MELISSA R. GLUCK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ACCESS GROUP, INC., AFFILIATED COMPUTER SERVICES, INC., NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST I, A DELAWARE STATUTORY TRUST, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1, A DELAWARE STATUTORY TRUST, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, A DELAWARE STATUTORY TRUST, UNITED STATES DEPARTMENT OF EDUCATION, AND UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　Defendants. | Adversary Proceeding<br><br>No. 12-02062 (ALG) |

**AFFIDAVIT OF SERVICE**

33873097-1

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

Magali Lespinasse Lee, being duly sworn, deposes and says:

1. I am not a party to these actions, am over 18 years of age and am employed by Proskauer Rose LLP, Eleven Times Square, New York, NY 10036.

2. On the December 21, 2012, I caused true copies of the following to be served upon the parties listed in the service list attached hereto as **Exhibit A** via overnight courier:

- Summons and Complaint against Access Group, Inc., Affiliated Computer Services, Inc., National Collegiate Master Student Loan Trust I, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, Master Trust I and Trust 2003-1, The United States Department of Education, University of Pennsylvania;

- Declaration of Michael P. Kessler Pursuant To Bankruptcy Code Section 329(a) and Bankruptcy Rule 2016(b)

_____
Magali Lespinasse Lee

Sworn to before me the
21st day of December, 2012

_____

NITA VYAS
Notary Public, State of New York
No. 02VY6202405
Qualified in Nassau County
Commission Expires March 16, 2013

33873097-1

**Exhibit A**

Ronald C. Machen,
Office of the United States Attorney
Judiciary Center Building
555 4th St. NW
555 Fourth Street, NW
Washington, DC 20001-2733

Preet Bharara
Office of the United States Attorney
For the Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Access Group, Inc.
c/o YCS&T Services LLC
1000 N. King St.,
Wilmington, DE 19801

Access Group, Inc.
The Company Corporation
2711 Centerville Rd., Suite 400
Wilmington, DE, 19808

National Collegiate Master Student Loan Trust I, a Delaware Statutory Trust
c/o Wilmington Trust Company
Rodney Square North
1100 N. Market Street
Wilmington, DE 19890

National Collegiate Student Loan Trust 2003-1, a Delaware Statutory Trust
c/o Wilmington Trust Company
Rodney Square North
1100 N. Market Street
Wilmington, DE 19890

National Collegiate Student Loan Trust 2004-1, a Delaware Statutory Trust
c/o Wilmington Trust Company
Rodney Square North
1100 N. Market Street
Wilmington, DE 19890

Affiliated Computer Services, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

33873097-1

Affiliated Computer Services, Inc.
c/o Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

Suzanne Murray, General Counsel
National Collegiate Student Loan Trust
800 Boylston Street, Flr. 34
Boston, MA 02199

United States Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

University of Pennsylvania
3451 Walnut Street
Philadelphia, PA 19104

John S. Pereira
Chrysler Building
405 Lexington Avenue, 7th Floor
New York, NY 10174

United States Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

33873097-1