UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**MELISSA R. GLUCK,**<br><br>Debtor. | Chapter 7<br><br>Case No. 12-14740 (ALG) |
| **MELISSA R. GLUCK,**<br><br>Plaintiff,<br><br>vs.<br><br>**ACCESS GROUP, INC., AFFILIATED COMPUTER SERVICES, INC., NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST I, A DELAWARE STATUTORY TRUST, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1, A DELAWARE STATUTORY TRUST, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, A DELAWARE STATUTORY TRUST, UNITED STATES DEPARTMENT OF EDUCATION, AND UNIVERSITY OF PENNSYLVANIA,**<br><br>Defendants. | Adv. Pro. No. 12-02062 (ALG) |

## SCHEDULING ORDER

The parties in the above-captioned adversary proceeding having appeared for a pretrial conference on January 23, 2013, it is hereby ORDERED THAT:

1.      All parties shall serve their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure, by March 1, 2013.

2. All parties shall serve any written discovery requests pursuant to Rules 33-36 of the Federal Rules of Civil Procedure, made applicable herein by Rules 7033-7036 of the Federal Rules of Bankruptcy Procedure, by March 15, 2013.

3. All parties shall serve responses and objections to any written discovery requests by March 29, 2013.

4. Production of documents in response to any written requests for the production of documents shall be substantially completed no later than April 12, 2013, subject to continuing supplementation obligations.

5. All parties shall serve any expert reports or, in the alternative, expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), made applicable herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure, by May 3, 2013.

6. All parties shall serve any rebuttal expert reports or, in the alternative, rebuttal expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), made applicable herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure, by June 3, 2013.

7. All deposition notices and subpoenas shall be served on or before June 7, 2013.

8. A status conference shall be held on June 26, 2013 at 10:00 a.m. (prevailing Eastern Time).

9. All discovery, including depositions, shall be completed on or before July 3, 2013.

10. All dispositive motions shall be filed on or before July 29, 2013.

11. Any responses to dispositive motions shall be filed on or before August 30, 2013.

12. Any replies to dispositive motions shall be filed on or before September 13, 2013.

13. The parties shall submit a joint pretrial order by October 11, 2013.

14. The parties shall schedule a final pretrial conference and a trial as soon as practicable following submission of the joint pretrial order.

15. The failure of a party to comply with this Order may result in the imposition of sanctions by the Court.

16. Deadlines set forth in this Order may not be modified by the parties without further order of the Court.

Dated: January 25, 2013
      New York, New York                         **s/Allan L. Gropper**
                                                      Honorable Allan L. Gropper
                                                      United States Bankruptcy Judge

We hereby consent to the terms of this Order.

/s/ Michael P. Kessler
Michael P. Kessler
Arielle Kane
Jeffrey Chubak
Andrea G. Miller
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for Melissa R. Gluck*

/s/ Geoffrey J. Peters
Geoffrey J. Peters
WELTMAN, WEINBERG, & REIS CO., LPA
175 South 3rd Street, Suite 900
Columbus, Ohio 43215
Tel: (614) 228-7272
Fax: (614) 222-2193

*Attorneys for National Collegiate Master Student Loan Trust I, a Delaware Statutory Trust, National Collegiate Student Loan Trust 2003-1, a Delaware Statutory Trust, and National Collegiate Student Loan Trust 2004-1, a Delaware Statutory Trust*

/s/ Stuart Sanders
Stuart Sanders
KAZLOW & KAZLOW
237 West 35th Street, 14th Floor
New York, New York 10001
Tel: (212) 947-2900
Fax: (212) 563-0629

*Attorneys for Access Group, Inc.*

/s/ J. Scott Watson
J. Scott Watson
LAW OFFICE OF J. SCOTT WATSON, P.C.
24 Regency Plaza
Glenn Mills, Pennsylvania 19342
Tel: (610) 358-9600

*Attorneys for University of Pennsylvania*

PREET BHARARA, United States Attorney

/s/ Natalie Kuehler
Natalie Kuehler
Li Yu
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2734
Fax: (212) 637-2702

*Attorneys for United States Department of Education*

34276894v5