UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**MELISSA R. GLUCK,**<br><br>Debtor. | **Chapter 7**<br><br>**Case No. 12-14740 (ALG)** |
| **MELISSA R. GLUCK,**<br><br>Plaintiff,<br><br>vs.<br><br>**ACCESS GROUP, INC., ACS, NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST I, A DELAWARE STATUTORY TRUST, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1, A DELAWARE STATUTORY TRUST, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, A DELAWARE STATUTORY TRUST, UNITED STATES DEPARTMENT OF EDUCATION, UNIVERSITY OF PENNSYLVANIA, AND XEROX BUSINESS SERVICES, LLC (f/k/a AFFILIATED COMPUTER SERVICES, LLC AND AFFILIATED COMPUTER SERVICES, INC.),**<br><br>Defendants. | **Adversary Proceeding**<br><br>**No. 12-02062 (ALG)** |

**THIRD AMENDED SCHEDULING ORDER**

The parties in the above-captioned adversary proceeding having agreed to further amend the Second Amended Scheduling Order entered June 17, 2013 [Docket No. 28], to accommodate certain parties who were affected by the federal government shutdown, it is hereby ORDERED THAT:

1. All parties shall serve their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure, by March 1, 2013.

39300875v2

2. All parties shall serve any written discovery requests pursuant to Rules 33-36 of the Federal Rules of Civil Procedure, made applicable herein by Rules 7033-7036 of the Federal Rules of Bankruptcy Procedure, by March 15, 2013.

3. All parties shall serve responses and objections to any written discovery requests by March 29, 2013.

4. A status conference shall be held on June 26, 2013 at 10:00 a.m. (prevailing Eastern Time).

5. Production of documents in response to any written requests for the production of documents shall be substantially completed no later than August 30, 2013, subject to continuing supplementation obligations.

6. All parties shall serve any expert reports or, in the alternative, expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), made applicable herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure, by September 20, 2013.

7. All parties shall serve any rebuttal expert reports or, in the alternative, rebuttal expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), made applicable herein by Rule 7026 of the Federal Rules of Bankruptcy Procedure, by December 16, 2013.

8. All deposition notices and subpoenas shall be served on or before December 23, 2013.

9. All discovery, including depositions, shall be completed on or before January 17, 2014.

10. All dispositive motions shall be filed on or before February 7, 2014.

11. Any responses to dispositive motions shall be filed on or before February 21, 2014.

12. Any replies to dispositive motions shall be filed on or before March 7, 2014.

13. The parties shall submit a joint pretrial order by March 17, 2014.

14. The parties shall schedule a final pretrial conference as soon as practicable following submission of the joint pretrial order.

15. Trial will commence on April 1, 2014.

16. The failure of a party to comply with this Order may result in the imposition of sanctions by the Court.

17. Interim deadlines set forth in this Order may be extended by the parties on consent without application to the Court, provided the parties can still meet the discovery completion date set forth in this Order. The discovery completion date may only be extended upon application to the Court.

Dated: November 8, 2013
       New York, New York                    **s/Allan L. Gropper**
                                             Honorable Allan L. Gropper
                                             United States Bankruptcy Judge

We hereby consent to the terms of this Order.

| | |
|---|---|
| /s/ Michael P. Kessler | /s/ Geoffrey J. Peters |
| Michael P. Kessler | Geoffrey J. Peters |
| Arielle Kane | WELTMAN, WEINBERG, & REIS CO., LPA |
| Jeffrey Chubak | 175 South 3rd Street, Suite 900 |
| PROSKAUER ROSE LLP | Columbus, Ohio 43215 |
| Eleven Times Square | Tel: (614) 228-7272 |
| New York, New York 10036 | Fax: (614) 222-2193 |
| Tel: (212) 969-3000 | |
| Fax: (212) 969-2900 | *Attorneys for National Collegiate Master Student Loan Trust I, a Delaware Statutory Trust, National Collegiate Student Loan Trust 2003-1, a Delaware Statutory Trust, and National Collegiate Student Loan Trust 2004-1, a Delaware Statutory Trust* |
| *Attorneys for Melissa R. Gluck* | |

/s/ Stuart Sanders
Stuart Sanders
KAZLOW & KAZLOW
237 West 35th Street, 14th Floor
New York, New York 10001
Tel: (212) 947-2900
Fax: (212) 563-0629

*Attorneys for Access Group, Inc.*

39300875v2